UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER ROMACK, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | CASE NO. 3:13-CV-02484-JZ |
| | ) | JUDGE JACK ZOUHARY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| YAKIM MANASSEH JORDAN, et al. | ) | **ADMISSION PRO HAC VICE** |
| | ) | |
| Defendants. | ) | |

Pursuant to L.R. 83.5(h), Defendants Yakim Manasseh Jordan and Manasseh Jordan Ministries (collectively "Defendants") move this Honorable Court for an Order permitting Daniel S. Silverman to appear and participate in this case *pro hac vice* as co-counsel for Defendants. In support of this Motion, Defendants state that Mr. Silverman is a member in good standing of the Bar of the State of California. An Affidavit in further support of this Motion is filed herewith.

                                                                                                                  Respectfully submitted,

                                                                                                                 /s/ Michael B. Pascoe

OF COUNSEL:                                    Erica L. Calderas (0064064)
                                                                      Michael B. Pascoe (0080899)
HAHN LOESER & PARKS LLP                 200 Public Square, Suite 2800
                                                                       Cleveland, Ohio 44114-2301
                                                                       Tel: 216-621-0150
                                                                       Fax: 216-241-2824
                                                                       Email: elcalderas@hahnlaw.com
                                                                               mpascoe@hahnlaw.comi

                                                                       Attorneys for Defendants
                                                                       Yakim Manasseh Jordan and Manasseh
                                                                       Jordan Ministries

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, a copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Michael B. Pascoe
One of the Attorneys for Defendants
Yakim Manasseh Jordan and Manasseh
Jordan Ministries