UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER ROMACK, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | CASE NO. 3:13-CV-02484-JZ |
| | ) | JUDGE JACK ZOUHARY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| | ) | **DEFENDANTS' MOTION FOR** |
| YAKIM MANASSEH JORDAN, et al. | ) ) | **ADMISSION PRO HAC VICE** |
| Defendants. | ) | |

Pursuant to L.R. 83.5(h), Defendants Yakim Manasseh Jordan and Manasseh Jordan Ministries (collectively "Defendants") move this Honorable Court for an Order permitting Ari N. Rothman to appear and participate in this case *pro hac vice* as co-counsel for Defendants. In support of this Motion, Defendants state that Mr. Rothman is a member in good standing of the Bars of the State of Ohio and the District of Columbia. An Affidavit in further support of this Motion is filed herewith.

                                                    Respectfully submitted,

                                                    /s/ Michael B. Pascoe

OF COUNSEL:                            Erica L. Calderas (0064064)
                                                  Michael B. Pascoe (0080899)
HAHN LOESER & PARKS LLP          200 Public Square, Suite 2800
                                                   Cleveland, Ohio 44114-2301
                                                   Tel: 216-621-0150
                                                   Fax: 216-241-2824
                                                   Email: elcalderas@hahnlaw.com
                                                                   mpascoe@hahnlaw.com

                                                   Attorneys for Defendants
                                                   Yakim Manasseh Jordan and Manasseh
                                                   Jordan Ministries

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2013, a copy of the foregoing Defendants' Motion for Admission *Pro Hac Vice* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                        /s/ Michael B. Pascoe
                                        One of the Attorneys for Defendants
                                        Yakim Manasseh Jordan and Manasseh
                                        Jordan Ministries