IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jennifer Romack, *on behalf of herself and others similarly situated,*

                Plaintiff,

    -vs-

Yakim Manasseh Jordan, et al.,

              Defendants.

Case No. 3:13 CV 2484

DISMISSAL ORDER

JUDGE JACK ZOUHARY

A Settlement Conference held on February 10, 2014 resulted in a settlement. Counsel present: Ted McClain and Thomas Pigott for Plaintiff; Michael Pascoe and Daniel Silverman (by phone) for Defendants; clients were also present in person or by phone.

Therefore, the docket is marked: "Settled and dismissed without prejudice.  Each party is to bear its own costs."

Further, any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within ninety (90) days shall supersede this Order.  This Court also retains jurisdiction to enforce the terms of any settlement.

IT IS SO ORDERED.

                                        s/ *Jack Zouhary*
                                        JACK ZOUHARY
                                        U. S. DISTRICT JUDGE

February 10, 2014