IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JENNIFER ROMACK, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>YAKIM MANASSEH JORDAN, et. al,<br><br>Defendants. | Case Number: 3:13-cv-2484-JZ<br><br>Judge: Hon. Jack Zouhary<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above captioned action is voluntarily dismissed with prejudice by Plaintiff against Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The aforementioned stipulation of dismissal with prejudice pertains to Plaintiff's individual claims against Defendants and not the claims of the class as no class has been certified in this matter.

| | |
|---|---|
| Ted J. McClain<br>Counsel for Individual Plaintiff Jennifer Romack | Daniel S. Silverman<br>Counsel for Yakim Manasseh Jordan and Manasseh Jordan Ministries |
| February 28, 2014<br>Dated | February 28, 2014<br>Dated |